Ali Nehme SBN 236360
LAW OFFICES OF DEBORAH J. PIMENTEL
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94545
Telephone No.: 925-359-3295
Fax:            925-359-3296

Attorney for Plaintiffs GUILLERMO LAMAS and MARIA SOTO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO LAMAS and MARIA SOTO, <br><br>    Plaintiffs, <br><br> vs. <br><br> LITTON LOAN SERVICING, DOE CORPORATIONS 1 – 10, DOES 1-10, Inclusive, <br><br>    Defendants. | Case No. 3:10-cv-05099 MEJ <br><br> **JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Date:   February 17, 2011 <br> Time:  10:00 a.m. <br> Ctrm:  B <br> Judge: Hon. Timothy Bommer |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1

1  This Stipulation is entered into between Plaintiffs GUILLERMO LAMAS and MARIA SOTO ("Plaintiffs") and Defendant LITTON LOAN SERVICING ("Defendant"), by their undersigned counsel.

WHEREAS, a Case Management Conference is currently scheduled for Monday, February 17, 2011, at 10:00 a.m.

WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Complaint on November 15, 2010.

WHEREAS, Plaintiffs filed an Opposition to the Motion to Dismiss and/or a Motion for Remand, on January 30, 2011.

WHEREAS, a hearing is scheduled on the Motion to Dismiss for February 24, 2011, at 10:00 a.m.

WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for February 17, 2011, and reschedule it for April 25, 2011, after pleadings are set, or at a later date convenient for the Court.

Dated:  February 1, 2011             **SEVERSON & WERSON**

                                     By: /s/ Piret Loone_____
                                         Piret Loone
                                     Attorney for Defendant
                                     LITTON LOAN SERVICING

Dated:  February 1, 2011             **LAW OFFICES OF DEBORAH J. PIMENTEL**

                                     By: /s/ Ali Nehme_____
                                         Ali Nehme
                                     Attorneys for Plaintiffs
                                     GUILLERMO LLAMAS and MARIA SOTO

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

[PROPOSED] ORDER

Having reviewed the Stipulation of Plaintiffs GUILLERMO LAMAS and MARIA SOTO ("Plaintiffs") and Defendant LITTON LOAN SERVICING ("Defendant"), and good cause appearing, IT IS ORDERED THAT the Case Management Conference shall be continued until April 28, 2011 at 10:00 a.m.  The parties shall file a joint status report no later than April 21, 2011.

Dated: February 2, 2011



STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE