UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GUILLERMO LAMAS, *et al.* | No. C 10-05099 MEJ |
| Plaintiffs, | **ORDER SETTING DEADLINE TO FILE SUR-REPLY** |
| v. | |
| LITTON LOAN SERVICING, | |
| Defendant. | |

On November 15, 2010, Defendant Litton Loan Servicing filed a Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). On January 30, 2011, Plaintiffs filed an opposition brief to Defendant's Motion, wherein Plaintiffs also requested that the Court remand this case to state court because the amount in controversy requirement for diversity jurisdiction is not satisfied. As part of its reply brief in support of its Motion to Dismiss, Defendant has presented its opposition to Plaintiffs' lack of jurisdiction argument. To allow this issue to be fully briefed by the parties, the Court will permit Plaintiffs to file a sur-reply strictly addressing their jurisdiction and remand arguments. Plaintiffs shall file their sur-reply no later than 12:00 p.m. on February 17, 2010.

**IT IS SO ORDERED.**

Dated: February 9, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge